UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GLOVER,<br><br>                  Plaintiff,<br><br>        v.<br><br>GARFIELD BEACH CVS, LLC,<br><br>                  Defendant. | No. 2:25-cv-03452-DC-CKD<br><br><br>ORDER REMANDING ACTION TO THE <u>SACRAMENTO COUNTY SUPERIOR</u> <u>COURT PURSUANT TO THE</u> <u>STIPULATION OF THE PARTIES</u><br><br>(Doc. Nos. 6, 12) |

On February 11, 2026, the parties filed a stipulation in which they agree to remand this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 12.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court.

Plaintiff's pending motion for leave to amend the complaint (Doc. No. 6) is denied as having been rendered moot by this order.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 13, 2026**

_____

Dena Coggins
United States District Judge

1